UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

DERRICK RODNEY JOHNSON,

Plaintiff,

v.

MILLSPAUGH,

Defendant.

CAUSE NO. 1:25-CV-279-JD-SJF

OPINION AND ORDER

Derrick Rodney Johnson, a prisoner without a lawyer, filed a motion asking the court to reconsider the screening order. ECF 30 Johnson says the court improperly analyzed his claims under the Fourteenth Amendment because he mistakenly described himself as a pre-trial detainee. He now clarifies he was a convicted prisoner when he alleges he was subjected to excessive force and so his claims arise under the Eighth Amendment. Based on this revision, the court will reconsider the screening order.

Johnson alleges Officer Millspaugh, C1633, struck him twice with a cell door at the Allen County Jail on May 29, 2025. Under the Eighth Amendment, inmates cannot be subjected to excessive force. The "core requirement" for an excessive force claim is that the defendant "used force not in a good-faith effort to maintain or restore discipline, but maliciously and sadistically to cause harm." *Hendrickson v. Cooper*, 589 F.3d 887, 890 (7th Cir. 2009) (citation and internal quotation marks omitted). Several factors guide the inquiry of whether an officer's use of force was legitimate or malicious, including the need for an application of force, the amount of force used, and

the extent of the injury suffered by the prisoner. *Id*. This complaint plausibly states a claim against Officer Millspaugh for an excessive use of force.

For these reasons, the court:

(1) GRANTS the motion to reconsider (ECF 30);

(2) AMENDS the screening order (ECF 27);

(3) GRANTS Derrick Rodney Johnson leave to proceed against Officer Millspaugh, C1633, in his individual capacity for compensatory and punitive damages for hitting him twice with a cell door at the Allen County Jail on May 29, 2025, in violation of the Eighth Amendment;

(4) DISMISSES all other claims including the Fourteenth Amendment claim against Officer Millspaugh, C1633;

(5) DIRECTS the clerk, under 28 U.S.C. § 1915(d), to request Waiver of Service from (and if necessary, the United States Marshals Service to use any lawful means to locate and serve process on) Officer Millspaugh, C1633, at the Allen County Jail, with a copy of this order, the Second Amended Complaint (ECF 28), the screening order (ECF 27), and the motion to reconsider (ECF 30);

(6) ORDERS the Allen County Sheriff to provide the full name, date of birth, and last known home address of any defendant who does not waive service if he has such information; and

(7) ORDERS, under 42 U.S.C. § 1997e(g)(2), Officer Millspaugh, C1633, to respond, as provided for in the Federal Rules of Civil Procedure and N.D.

Ind. L.R. 10-1(b), only to the claims for which the plaintiff has been granted leave to proceed in this screening order.

SO ORDERED on October 6, 2026

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT